# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DAVID SIDNEY POTTER,**

    **Plaintiff,**

**v.**                                                  **Case No. 4:21-cv-200-AW-MAF**

**SECURE ONE CAPITAL CORP., et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's June 23, 2021 report and recommendation, ECF No. 5, to which there has been no objection. Having considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed as abandoned and based on Plaintiff's failure to comply with a court order." The clerk will then close the file.

SO ORDERED on July 26, 2021.

                                              s/ *Allen Winsor*
                                              United States District Judge